# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL SERRANO, *et al.*,<br><br>            Plaintiffs,<br>    vs.<br><br>ACCOUNT DISCOVERY SYSTEMS, INC.,<br><br>            Defendant. | Case No.:   2:13-cv-00260-GMN-GWF<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE FOLEY** |

Before the Court for consideration is the Report and Recommendation (ECF No. 12) of the Honorable George Foley, Jr., United States Magistrate Judge, entered January 27, 2014.

Pursuant to Local Rule IB 3-2(a), objections were due by February 10, 2014.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Foley's Recommendation should be **ACCEPTED** and **ADOPTED**.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 12) is **ACCEPTED and ADOPTED in full.**

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Default Judgment (ECF No. 8) is **GRANTED**.

**IT IS FURTHER ORDERED** that judgment shall be entered in the amount of $10,000.00 in compensatory damages in favor of Plaintiffs and against Defendant.

**IT IS FURTHER ORDERED** that Defendant shall pay Plaintiffs $9,945.00 in attorneys' fees.

The Clerk of the Court shall enter judgment accordingly.

**DATED** this 14th day of February, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court